NO. 07-11-0300-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 5, 2011

_____

IN RE: HARVEY BRAMLETT, JR. AND JASON BLAKENEY, RELATORS

_____

ORIGINAL PROCEEDING
ARISING FROM PROCEEDING BEFORE THE 108TH DISTRICT COURT
OF POTTER COUNTY; NO. 99,017-00-E;
HONORABLE DOUGLAS WOODBURN, JUDGE PRESIDING

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Relators, Harvey Bramlett, Jr. and Jason Blakeney, proceeding *pro se* and *in forma pauperis*, seek a writ of mandamus to compel the Honorable Douglas Woodburn to make and file findings of fact and conclusions of law in their case against the Texas Department of Criminal Justice Institutional Division, et al. Final judgment was entered in the case on March 14, 2011, and Relators complied with Rules 296 and 297 of the Texas Rules of Civil Procedure in requesting findings and conclusions. By order issued this same date, Relators' direct appeal in cause number 07-11-0139-CV was abated

and the cause was remanded to the trial court with instructions to enter findings of fact and conclusions of law.

Consequently, Relators' request for mandamus relief is rendered moot.

Per Curiam